**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: January 2, 2020**

Guy R. Humphrey
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| In re:  SEAN C. GIBSON,<br><br>                    *Debtor* | Case No.   19-30293<br>Adv. No.   19-3061 |
| SEAN C. GIBSON,<br><br>                    *Plaintiff*<br><br>    v.<br><br>VALERIE ANN GIBSON,<br><br>                    *Defendant* | Judge Humphrey<br>Chapter 13 |

**Order Granting Motion for Summary Judgment (Doc. 20) and
Determining Debt Discharged Pursuant to 11 U.S.C. §§ 523(a)(15) and 1328(a)(2)
Upon Completion of the Debtor's Chapter 13 Plan**

In accordance with the court's concurrently filed *Decision Granting Plaintiff Summary Judgment*, the Plaintiff's *Motion for Summary Judgment* (doc. 20) is **granted**. Accordingly, the Plaintiff's debt to Defendant Valerie Ann Gibson arising out of the hold harmless provision of the parties' divorce decree relating to the vehicle loan from Ally Financial is determined to be

an 11 U.S.C. § 523(a)(15) debt which shall be discharged upon completion of the Debtor's Chapter 13 plan in accordance with 11 U.S.C. § 1328(a)(2). In the event that Mr. Gibson fails to complete his Chapter 13 plan and receive a discharge, the parties shall be returned to their obligations under the divorce decree as to the Ally Financial debt.

**IT IS SO ORDERED.**

Copies to:

Christopher S. Owen (Counsel for Plaintiff)

Valerie Ann Gibson (Pro Se Defendant), 1313 Stoney Springs Road, Vandalia, OH 45377